**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-6982**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JERRY EDWARD FAUST,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, District Judge. (CR-94-122, CA-98-386-F-5)

---

Submitted: November 18, 1999      Decided: November 23, 1999

---

Before WILKINS, HAMILTON, and LUTTIG, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Jerry Faust, Appellant Pro Se. Fenita Morris Shepard, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jerry Edward Faust seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Faust, Nos. CR-94-122; CA-98-386-F-5 (E.D.N.C. July 16, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED